District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATIN MAVADDAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00057-TL <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: March 19, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings through May 24, 2024. Plaintiffs bring this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete processing of their non-immigrant visa applications. Defendants' response to the Complaint is currently due on March 25, 2024. For good cause, the parties request that the Court hold this case in abeyance through May 24, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION
[Case No. 2:24-cv-00057-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. Security screening was very recently completed for Plaintiff Mavaddat. The consular officer will next review the visa application files and determine the next steps required in the processing of the applications. If it is determined that no additional information is required, the consular officer will complete processing of their visa applications. This process will take additional time.

Accordingly, the parties respectfully request that the instant action be stayed until May 24, 2024. The parties will submit a joint status report on or before May 24, 2024.

DATED this 19th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF NICHOLAS POWER |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, WA 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 262 words, in compliance with the Local Civil Rules. | *s/Nicholas Power*<br>NICHOLAS POWER, WSBA# 45972<br>5040 Guard, Ste. 150<br>Friday Harbor, Washington 98250<br>Phone: 360-298-0464<br>Email:  nickedpower@gmail.com<br><br>*s/James O. Hacking, III*<br>JAMES O. HACKING, III*<br>HACKING IMMIGRATION LAW, LLC<br>10121 Manchester Rd., Ste. A<br>St. Louis, Missouri 63122<br>Phone: 314-961-8200<br>Email: jim@hackingimmigrationlaw.com<br>*PHV<br><br>*Attorneys for Plaintiff* |

STIPULATED MOTION
[Case No. 2:24-cv-00057-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

# [PROPOSED] ORDER

The case is held in abeyance until May 24, 2024.  The parties shall submit a joint status report on or before May 24, 2024.  It is so **ORDERED**.

DATED this 19th day of March 2024.

Tana Lin
United States District Judge

STIPULATED MOTION
[Case No. 2:24-cv-00057-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800